

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jorge Alberto Velasquez Beltran DEFENDANT(S). | CASE NUMBER MJ14-1218 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __June 18__, __2014__, at __11:00__ ☐a.m. / ☐p.m. before the Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __6/13/14__

_____
U.S. District Judge/Magistrate Judge